**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA
Plaintiff

vs.

CRIMINAL NO.: 21-067 (ADC)

HENRI CAYETANO
Defendant

**SENTENCING MEMORANDUM**

**A. Henri's rearing was shared among family members.**

Henri was born in La Romana, Dominican Republic. His parents never married and most of the time he was with his mother as his father' was absent. When he was seven years old, he and his brother moved with his paternal grandmother. His mother was working to provide for the family but could not take care of him and his brother. She was a seamstress. Henri remained with his grandmother for approximately 5 years. They lived in a rural area. The house was in poor conditions, was not completely in cement and had no electricity.

While growing up in the rural areal of La Romana, he went to school walking and the family was focused on getting food in the table. He does not remember anything special about going to school during those years. He started going to night school for him to be able to work and contribute to the family economic situation. He was just a child.

When Henri was approximately 12 years old, he and his brother moved with their mother. She lived in the city and her home had electricity. It was a 3-bedroom apartment that was shared with her mother, stepfather, and their little sister. He felt in a healthy

environment and considered his stepfather, Mr. Serrano, to be a father figure. Her little sister has down syndrome and he cares very much about her.

Henri finished completed the sixth grade at the city school. He remembers that he has more materials in this school compared to the one that he went in the rural area. Henri continued working while attending school, but eventually he abandoned the school because he was earning a living.

**B. Henri was a still a teenager when he relocated to another country and then started his family.**

Henri continued looking for a better life and way to earn more money for his family. At an early age, he was not even 18 years when he moved to St. Marteen. He relocated to his aunt's home in St. Marteen. During those years, Henri worked in construction and fishing and became a resident there. He traveled to the Dominican Republic to visit his family, but not often. He started working right away in construction.

During these early years, Henri became a father. His first son was Manauri, who died in a motorcycle accident. Unfortunately, Manauri was driving the motorcycle without protective gear when he crashed into a light post. He found out immediately since he they lived in a small community and word traveled fast. Burying his son was the saddest thing he ever had to endure.

Henri fathered three other children. Hendrick, who was born in 2006 the same year that he lost Manauri, Evenson and Victoria who currently lived in the Dominican Republic. Hendrick lives in St. Marteen.

**C. Henri worked hard to pay his mom's health bills and have his sister taken care of**

Henri worked mostly in construction. He also did carpentry and was a taxi driver. He sent money to pay for his mother's health bills. She became ill with thrombosis. Henri did not trust the public health system and worked hard for her to be treated at a clinic. At some point the bills costs were so high that he started asking friends to lend him money.

Henri's mother passed away a few years ago and his little sister with down syndrome had to move and live with another family member. Henri worked hard and assume the economic responsibility of the particular care his little sister needed. He was able to visit her and his children once or twice a year.

**D. Henri's family is waiting for his return in the Dominican Republic.**

Henri's plan is to reunite with his family in the Dominican Republic. He will work at the convenience store that is run by his aunt and will live with her until he is in a better position and find additional work. Henri will be able to reunite with his children in the Dominican Republic and will also take care of his sister with Down Syndrome.

Henri was full of debts as he was paying his mother's health bills and was asking for money to friends to be able to cover the cost. The pandemic situation placed him in a worst position as he lost his job and was unable to pay back the bills and pay for his sister's care. He regrets committing the offense and looks forward in obtaining a high school diploma, learn English and take vocational courses that would provide him with additional skills to place himself in the job market after serving his sentence.

**WHEREFORE**, Mr. Cayetano respectfully requests that the Honorable Court take notice of the above and sentence him to 120 months of imprisonment pursuant to the term of the plea agreement.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of December 2023.

**RACHEL BRILL**
**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF PUERTO RICO**

*S/CARMEN CORAL RODRÍGUEZ*
CARMEN CORAL RODRÍGUEZ
Assistant Federal Public Defender
USDC - PR 222901
241 F. D. Roosevelt Avenue
San Juan, PR 00918-2305
Tel. (787) 281-4922
coral_rodriguez@fd.org