**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | |
| v. | CRIMINAL NO. 21-0067 (ADC) |
| SALAVATORE DIOTAIUTI TERAN (DEF. #3) Defendant | |

## MOTION TO RESTRICT

**TO THE HONORABLE COURT:**

**COMES NOW,** Defendant **SALVATORE DIOTAIUTI TERAN** (hereinafter "Defendant" or "DIOTAIUTI"), through the undersigned attorney and very respectfully and STATES and PRAYS as follows:

1. According to this Honorable Court Standing Order # 9, and in lieu of the confidential contents of the Sentencing Memorandum that will be filed, it is respectfully requested from this Honorable Court to grant leave to file a Restricted Document.

2. The restricted document will be available to the following parties: USA and the defendant.

**WHEREFORE,** the undersigned attorney respectfully prays and requests from this Honorable Court to take notice of the abovementioned, and grant leave to file a restricted document.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico of this 11th day of December 2023.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Parties may access this filing through the Court's system.

*Attorneys for Defendant*
**GONZALEZ VELEZ LAW OFFICES, PSC.**
**PMB 131**
**La Cumbre 273 Sierra Morena**
**SAN JUAN, PR 00926**
**TEL. (787) 790-8830/ Fax. 272-8820**


**By: s/ Yassmin González Vélez**
**Yassmin González Vélez**
**USDC-PR No. 218209**
**ygonzalez@gonzalezvelezlaw.com**